**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**EUGENE ALBERT VERDON,**
    **Plaintiff,**

**v.**                                  **Case No: 5:18-cv-129-Oc-18PRL**

**COMMISSIONER OF SOCIAL SECURITY,**
    **Defendant.**

---

### ORDER

THIS CAUSE concerns Plaintiff Eugene Albert Verdon's appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying his application for Disability Insurance Benefits ("DIB"). On February 5, 2019, the United States Magistrate Judge issued a report and recommendation (the "Report and Recommendation") recommending that the Commissioner's decision be affirmed (Doc. 16). After review of the Report and Recommendation (Doc. 16), and noting that no timely objections have been filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1.   United States Magistrate Judge Philip R. Lammens's Report and Recommendation (Doc. 16) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2.   The Commissioner's final decision in this case is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g).

3.   The Clerk of Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida, this _26_ day of April, 2019.

                                          **G. KENDALL SHARP**
                                          **SENIOR UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record